[L. A. No. 9634. In Bank.—February 28, 1927.]

LLOYD A. LANDON, Petitioner, v. THE DISTRICT COURT OF APPEAL et al., Respondents.

[1] COURTS—JUDICIAL COUNCIL—CONSTITUTIONAL LAW—CONSTRUCTION. Upon the authority of *Fay* v. *District Court of Appeal, ante,* p. 522, it is ordered that a like order and writ issue in this case.

APPLICATION for a Writ of Certiorari to review an order of the District Court of Appeal, assigning judges of the Superior Court to sit as a separate division of the District Court of Appeal. Order Annulled.

The facts are stated in the opinion of the court.

Munson T. Case, William G. Randall, Wm. J. Hunsaker, Daniel M. Hunsaker, F. M. Angellotti and Wm. B. Bosley for Petitioner.

U. S. Webb, Attorney-General, and Robert W. Harrison, Chief Deputy Attorney-General, for Respondent.

R. P. Henshall, *Amicus Curiae,* for Petitioner.

John Perry Wood, Max Thelen, Warren Olney, Jr., and Thos. C. Ridgway, *Amici Curiae,* for Respondents.

THE COURT.—[1] While the situation involved in this proceeding differs in certain respects from that involved in the matter of *Fay* v. *District Court of Appeal et al., ante,* p. 522 [254 Pac. 896], there is no difference in the legal principles applicable to each. Upon the authority of *Fay* v. *District Court of Appeal, supra,* it is ordered that a like order and writ accordingly issue.